Edward Spigel, et al., Appellants, v. Continental Mortgage Company of Baltimore, Appellee.

*Randolph Calhoun,* for Appellants;

*Evans & Glen,* for Appellee.

Charlie W. Wright, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Mary W. Hawkins, Appellant, v. Rellim Investment Company, et al., Appellees.

*Huber, Blackwell & Gray,* for Appellant;

*Tyman & McCarthy,* for Appellee.